Raleigh C. Thompson, NV Bar No. 11296
Ryan Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rct@morrislawgroup.com
Email: rml@morrislawgroup.com

Attorneys for Defendant
FMMR INVESTMENTS D/B/A RAPID CASH

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LERIDA B. PAULINO, | Case No. 2:19-cv-00708-JCM-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| FMMR INVESTMENTS D/B/A RAPID CASH, | |
| Defendants. | **(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant FMMR Investments d/b/a Rapid Cash. ("Defendant") and Plaintiff Lerida B. Paulino ("Plaintiff"), by and through their respective counsel of record, stipulate as follows:

Defendant has requested, and Plaintiff has consented to, an extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on April 26, 2019) from May 21, 2019 to June 4, 2019.

Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

/ / /

1

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

a. This is the Parties' first stipulation for an enlargement of time to respond to the Complaint;

b. The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before June 4, 2019; and

c. Defendant requested this extension to give its counsel sufficient time to meaningfully assess Plaintiff's claims before responding to the Complaint. This stipulation is not made for purposes of delay.

Dated: May 17, 2019

By: /s/ *Raleigh Thompson*
   Raleigh C. Thompson (11296)
   Ryan M. Lower (9108)
   MORRIS LAW GROUP
   411 E. Bonneville Ave., Suite 360
   Las Vegas, Nevada 89101

Attorneys for Defendants
FMMR INVESTMENTS D/B/A RAPID CASH

Dated: May 17, 2019

By: /s/ *David H. Krieger*
   David H. Krieger (9086)
   HAINES & KRIEGER, LLC
   8985 S. Eastern Avenue, Suite 350
   Las Vegas, Nevada 89123

Attorneys for Plaintiff
LERIDA B. PAULINO

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/20/2019